FILED
CHARLOTTE, NC

JUN 1 7 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:26-CR-15-SCR |
| | ) | |
| | ) | BILL OF INDICTMENT |
| v. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 371 |
| (1) JUELZ CHRISTOPHER DANIELS; | ) | 7 U.S.C. § 2156(b) |
| and (2) REGINALD LIONEL GOODSON, | ) | 7 U.S.C. § 2156(c) |
| JR. | ) | 18 U.S.C. § 49 |
| | ) | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES**:

That, at the specified times and at all times material to this Indictment:

**Introduction**

1.     Beginning no later than in or around January of 2021, and continuing through at least May of 2026, JUELZ CHRISTOPHER DANIELS routinely posted advertisements for various pit bull-type dogs that he and REGINALD LIONEL GOODSON, JR. bred and sold in Facebook Groups dedicated to illegal dog fighting, and to various individuals via Facebook Messenger.  With his advertisements, DANIELS often touted the fighting bloodlines of the dogs, at times posting or providing the links to the dogs' pedigrees and bloodlines claiming the dogs were the offspring of dog fighting champions, with a champion being a dog who has won three or more dog fights.  DANIELS and GOODSON also frequently posted and shared pictures of pit bull-type dogs consistent with various methods of training dogs for illegal dog fighting.

2.     Defendant JUELZ CHRISTOPHER DANIELS was a resident of Statesville, Iredell County, North Carolina.

3.     Defendant REGINALD LIONEL GOODSON, JR. was a resident of Statesville, Iredell County, North Carolina.

4.     The Federal Animal Welfare Act defined an "animal fighting venture" as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment, except that the term 'animal fighting venture' shall not be deemed to include any activity the primary purpose of which involves the use of one or more animals in hunting another animal." 7 U.S.C. § 2156(f)(1).

## <u>COUNT ONE</u>
## 18 U.S.C. § 371
### (Conspiracy to Violate the Animal Welfare Act)

5.    Paragraphs 1 through 4 of this Bill of Indictment are realleged and incorporated by reference as though fully set forth herein.

6.    Beginning no later than in or around January of 2021, and continuing through at least May of 2026, in the Western District of North Carolina and elsewhere, the defendants,

### JUELZ CHRISTOPHER DANIELS and
### REGINALD LIONEL GOODSON, JR.,

knowingly conspired and agreed with one another, and with others known and unknown to the Grand Jury, to commit offenses against the United States, specifically, to knowingly:

(1)    Sell, buy, possess, train, transport, deliver, and receive one or more pit bull-type dogs for purposes of having the dogs participate in an animal fighting venture, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Section 49; and

(2)    Use an instrumentality of interstate commerce for commercial speech for purposes of advertising an animal, to wit, one or more pit-bull type dogs, for use in an animal fighting venture, in violation of Title 7, United States Code, Section 2156(c), and Title 18, United States Code, Section 49.

### MANNER AND MEANS

7.    It was part of the conspiracy that DANIELS and GOODSON, and others known and unknown to the Grand Jury, operated one or more dog kennels including "Hoodwoods Kennels" for the purpose of raising pit bull-type dogs for dog fighting.

8.    It was further a part of the conspiracy that DANIELS, GOODSON and their coconspirators selectively bred pit bull-type dogs to display particular traits desirable for dog fighting, including aggressiveness and propensity to fight other dogs, "gameness," or a willingness to continue fighting another dog despite traumatic or mortal injury, and cardiovascular health and endurance to continue fighting for long periods of time and through fatigue and injury.

9.    It was further a part of the conspiracy that DANIELS, GOODSON and their coconspirators developed and maintained properties for purposes of breeding, housing and training pit bull-type dogs intended for use by others in dog fights, and for using and storing dog fighting training equipment and paraphernalia, including treadmills, bite sticks, heavy metal chains, animal hides and "spring poles" or "flirt poles" to increase the animals' jaw strength.

2

10. It was further a part of the conspiracy that DANIELS, GOODSON and their coconspirators trained and conditioned pit bull-type dogs to fight in dog fights and evaluated their dogs' strengths, capabilities, aptitudes and willingness or inclination to fight.

11. It was further a part of the conspiracy that DANIELS, GOODSON and their coconspirators communicated with one another by telephone, text message, and other electronic means, including the social media platform Facebook, about: the transport, delivery, transfer, exchange, purchase, sale, breeding, training, and receipt of particular fighting dogs; their possession of, and ownership interests in, particular fighting dogs; information concerning the fighting dogs and their bloodlines or pedigrees—pedigrees, which often referenced dog fighting victories, were particularly important in the dog fighting industry because they allowed dogfighters to maintain information on whether a particular "bloodline" or breeding combination resulted in desired fighting traits; the aptitude, abilities, and fighting histories of particular fighting dogs; and equipment intended for use to train or assess fighting dogs.

## OVERT ACTS

12. In furtherance of the conspiracy and to effect the unlawful objects thereof, DANIELS, GOODSON and their coconspirators committed at least one of the following overt acts, among others, in the Western District of North Carolina and elsewhere:

    a. Beginning in or around January of 2021, DANIELS sent messages to Facebook users inquiring about the purchase of dog fighting training equipment or paraphernalia, including break sticks, a breeding stand, treadmills (or "slat" or "carpet" mills), heavy-duty rings and harnesses, and deer hides, among other things.

    b. Beginning no later than February of 2021 and continuing at least through February of 2025, DANIELS sent Facebook messages related to his and GOODSON's interest in the acquisition of dogs for use in breeding fighting dogs, discussing dogs that he and GOODSON were breeding together, and referencing his dogs that he kept at GOODSON's property. During that same timeframe, DANIELS and GOODSON used Facebook to exchange links to pedigrees showing fighting dog bloodlines, and videos of dogs being trained for dog fighting or videos demonstrating various dogs and their "gameness."

    c. In or around November of 2022, DANIELS told a Facebook user that he was selling an 11-month-old male for $650 and that the dog was "not cold at all hot ash." DANIELS told the potential buyer that the dog's sire and dam "got took by police raid on championship."

    d. In or about April of 2023, DANIELS and GOODSON exchanged Facebook messages discussing a pregnant female pit-bull type dog, including photographs and videos depicting the dog chained to a tree with a heavy metal chain.

3

e.     In or around September of 2023, DANIELS and GOODSON discussed GOODSON acquiring a dog for $1,200 from a member of the Facebook Group "TANT'S YELLOW GAMEDOGS AND OUTCROSSES" for breeding.

f.     In or around November of 2023, DANIELS told a Facebook user his kennel name was "Hoodwoods."

g.     On or about December 15, 2024, GOODSON posted a photograph of two pit bull-type dogs mating, with a link to an online pedigree.

h.     On or about January 31, 2025, GOODSON posted a photograph and a video of a red/brown pit bull-type dog staked to a metal tether by a heavy metal chain in a worn circle in what appears to be an outdoor dog yard with the caption: "[i]n the oven ped on pups" and included a link to an online pedigree, again, to boast about the winning bloodlines and incentive purchasers of would-be "champions."

i.     On or about February 17, 2025, DANIELS posted in the Facebook Group "Fastlane Gamedogs: The APBT & the Legends behind them!" announcing the arrival of a litter of puppies and wrote "[h]ey have arrived me and big kuz put this together if you know you know" and included a photograph of a brown pit bull-type dog with multiple black pit bull-type puppies and a link to an online pedigree. GOODSON later reposted the same photograph and wrote "[p]ups looking good so far mother up for discussion."

j.     Sometime on or after January 2021 and up to and including May of 2026, GOODSON posted a video reel in the Facebook Group "JEEP/REDBOY. ELI/BOLIO CROSSES" depicting a black pit bull-type dog running on a special dog treadmill enclosed by metal bars. The dog was chained to the treadmill by a heavy metal chain.

k.     On or about April 18, 2025, DANIELS posted a photograph of at least four black-colored pit bull-type puppies in the Faceobook Group "Jeep reboy and crosses" that appeared to be housed in a small wooden and wire kennel on GOODSON's property. DANIELS sent links to the pedigree to multiple Facebook users and said he wanted between $2,500-$2,600 per puppy and told one potential purchaser: "[i]f I let one go bro it's going be high these fast lane rlly wanna keep them but the right price will move on."

l.     On or about April 28, 2025, DANIELS offered what he described as a nine-month-old brown male pit bull-type dog for $800 and sent the potential purchaser a link to the dog's pedigree, told them about the dog's bloodline and that it was "already on," and sent a short video depicting a brown pit bull-type dog tethered by a heavy metal chain barking and jumping at other dogs in a dog yard.

m.     On or about November 29, 2025, DANIELS posted a link to a pedigree alongside a picture of a black-colored young pit bull-type dog tethered in a chain spot captioned "[y]ou will hear about him soon" in the Faceobook Group "Fastlane Gamedogs: the APBT & the Legends behind them!" The pedigree listed the dog's breeder and owner as "Hoodwoods" and identified the dog's sire as "Goodson's Boogieman" and his dam as

4

"Hoodwoods' Tabby-Girl." The pedigree included notations identifying some members of the advertised dog's bloodline as "2XW," "POR" and "ROM." The notation of "XW" on a pedigree indicated the dog was a winner—here, a two-time winner. A dog that produced multiple offspring that went on to be "Champions" (*i.e.*, winners of three or more dogfights) was bestowed the prestigious "Register of Merit" (ROM) or "Producer of Record" (POR) title, and again, drove the sales and pricing of fighting dogs.

n. On or about January 7, 2026, DANIELS posted a picture of pit bull-type dogs in the Facebook Group "FastLane Working Bulldawgs Keep Scratching" and offered to sell one or two of the dogs he described as three-month-old females. DANIELS sent messages to Facebook users with snippets of a pedigree for a dog named "Hoodwoods' Cookout" which also listed two-and-three-time winners in the dog's bloodline. DANIELS stated the dogs were for sale for $650 each.

o. On or about January 22, 2026, DANIELS sent a Facebook Message to a user offering to sell two female pit bull-type dogs and including links to two pedigrees and a short video of a light brown-colored young pit bull-type dog being trained with a flirt pole, and biting on and pulling the flirt pole.

p. On or about March 17, 2026, DANIELS posted in the in the Facebook Group "FastLane Working Bulldawgs Keep Scratching" that he was letting one of his best females go and included a picture of a brown/red-colored pit bull-type dog that appeared to be pregnant, tethered by a heavy metal chain in a chain spot. DANIELS asked for $1,500 for this dog.

q. On or about March 20, 2026, DANIELS posted in multiple Facebook Groups including "Garner Bred Dogs," "FastLane Working Bulldawgs Keep Scratching," "Eli Dogs," that he was "getting out of dogs" and offered to sell two pit bull-type dogs for $350 a piece, and possibly a breeding female, for "the right price."

r. On or about March 21, 2026, DANIELS agreed to sell the two pit bull-type pups from the March 20, 2026, advertisement and the breeding female for $2,200 cash to Person 1. On or about March 22, 2026, DANIELS delivered a total of three pit bull-type dogs to Person 2 for transportation to the buyer, Person 1, but one of the pups DANIELS brought was not the same as the pup listed in the advertisement. DANIELS told Person 2 that the dog had an injury. Person 2 told DANIELS that Person 2 could help heal the dog, and then the dog would be good to fight. DANIELS then agreed to sell the injured dog, went to pick it up, returned and delivered it to Person 2.

s. On or about March 26, 2026, DANIELS initiated a conversation with a Facebook user in response to a dog posted for sale and asked about the dog's age, paperwork and registration, and discussed the dog's gameness, among other things. The seller sent DANIELS a video of a light brown pit bull-type dog chained to a stake in a yard that the seller referred to as his "dog yard," with other pit bull-type dogs in similar chains.

t.    In or around May 2026, GOODSON and DANIELS offered to sell two more pit bull-type dogs to Person 1 for $2,000—one of the dogs was the progeny of "Goodson's Boogieman" and "Hoodwoods' Tabby-Girl," and DANIELS confirmed both dogs had been "tested hunt."

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH FOUR
### 7 U.S.C. § 2156(b)
### (Possession and Commerce of Fighting Animals)

13.    Paragraphs 1 through 4 of this Bill of Indictment are realleged and incorporated by reference as though fully set forth herein.

14.    On or about March 22, 2026, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

### JUELZ CHRISTOPHER DANIELS

aided and abetted by others known and unknown to the Grand Jury, did knowingly sell, possess, transport, and deliver a pit bull-type dog for purposes of having the pit bull-type dog participate in an animal fighting venture, namely:

| Count | Description |
|-------|-------------|
| 2 | A red/brown-colored female juvenile pit bull-type dog |
| 3 | A fawn/pale soft tan-colored female juvenile pit bull-type dog |
| 4 | A brown-colored male juvenile pit bull-type dog |

All in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49 and 2.

## COUNTS FIVE THROUGH TWELVE
### 7 U.S.C. § 2156(c)
### (Advertising Fighting Animals through Interstate Instrumentality)

15.    Paragraphs 1 through 4 of this Bill of Indictment are realleged and incorporated by reference as though fully set forth herein.

6

16. On or about the dates set forth below, each such date constituting a separate Count, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

**JUELZ CHRISTOPHER DANIELS**

aided and abetted by others known and unknown to the Grand Jury, did knowingly use any instrumentality of interstate commerce for commercial speech for purposes of advertising an animal, to wit, a pit bull-type dog, for use in an animal fighting venture and promoting, and in any other manner furthering, an animal fighting venture, namely:

| Count | Date | Description |
|---|---|---|
| 5 | April 18, 2025 | At least four black-colored pups posted in Facebook Group "Jeep redboy and crosses" |
| 6 | April 28, 2025 | Nine-month-old male dog sent via Facebook Messenger |
| 7 | November 29, 2025 | Male pup of Boogieman and Tabby-Girl posted in Facebook Group "Fastland Gamedogs: the APBT & the Legends behind them!" |
| 8 | December 18, 2025 | Black female dog 10 months' old sent via Facebook Messenger |
| 9 | January 7, 2026 | At least three three-month-old female pups posted in Facebook Group "FastLane Working Bulldawgs Keep Scratching" |
| 10 | January 22, 2026 | Two female dogs for $450 a piece sent via Facebook Messenger |
| 11 | March 17, 2026 | Female dog a/k/a "my Jeep bitch" posted in Facebook Group "FastLane Working Bulldawgs Keep Scratching" |
| 12 | March 20, 2026 | Male and female brown and fawn-colored pups posted in Facebook Group "Eli Dogs" |

7

All in violation of Title 7, United States Code, Section 2156(c), and Title 18, United States Code, Sections 49 and 2.

## NOTICE OF FORFEITURE

Notice is hereby given that the following property is subject to forfeiture in accordance with Title 7, United States Code, Section 2156, in conjunction with Title 28, United States Code, Section 2461(c): any animals involved in a violation of the animal fighting prohibitions of the federal Animal Welfare Act, Title 7, United States Code, Section 2156.

A TRUE BILL

GRAND JURY FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KATHERINE ARMSTRONG
ASSISTANT UNITED STATES ATTORNEY

8